INV # 46      June/2003

## CERTIFICATE OF CONSULTING FEES

NAME: NANCY I. BONETA LOPEZ

MAILING ADDRESS: COND. DORAL PLAZA, APT. 15-J
                 GUAYNABO, PR 00966

SOCIAL SECURITY NO.: 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

N/A

**CONSULTATION FEES IN PUERTO RICO**

Dates of Service:    June, 2003

| | |
|---|---|
| WEEK #2 – June 9 -13 | 24 hours |
| WEEK #3 – June 16 – 20 | 11 hours |
| WEEK #4 – June 23 – 27 | 25 hours |
| WEEK #5 – June 30 | <u>8</u> hours |

                              68 hours

TOTAL CONSULTATION FEES:

SIGNATURE: _Nancy I. Boneta Lopez_

DATE: September 18, 2003

---

FOR OFFICE USE ONLY

Puerto Rico Tax Deduction:          $

New Consultation Fees:              $

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966

Factura #46 junio/2003
Hon. Juan M. Pérez Jiménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

## FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 68 horas trabajadas durante el mes de junio de 2003.

1. Nuestra intervención durante el mes giró fundamentalmente en torno a continuar participando en actividades contenidas en el Plan de Activación de la Institución 705 de Bayamón. Estas fueron:

    a. Participación en cinco reuniones de los grupos de trabajo y la Oficina de Planes Programáticos sobre seguimiento al Plan de Activación. Funcionarios de la firma "MGT of America" participaron en estas reuniones sostenidas. Estos sometieron un informe sobre la activación de dicha institución el que fue distribuido a los sub-grupos y discutido en reunión. Inclusive el Sub-Administrador de Corrección, Lcdo. Gil Rodríguez, participó en una de estas reuniones efectuadas durante el mes.

    b. Se cursaron tres visitas a la Institución 705 de Bayamón y sus dependencias como parte de las actividades contenidas en el Plan de Trabajo de la Oficina de Control de Población Penal para la activación de la referida institución. Las mismas tuvieron como propósitos:

        ♦ Evaluar posibles misiones de las diferentes áreas de vivienda de la institución atenor con las disposiciones de la Estipulación Revisada, Ordenes del Tribunal Federal en relación a Clasificación de Confinados y recomendaciones a le efectos contempladas en informe de la firma "MGT of America". La mencionada visita se efectuó junto a la Sra. Carmen E. Leandry, Directora, Región Este, Sra. Nitza Figueroa, Sub-Directora, Región Este, un representante de la oficina del Gerente de Admisiones de la Administración de Corrección y personal de custodia asignado a la institución. Toda vez que representantes del Programa de Salud Correccional no pudieron comparecer se acordó compartir la información con éstos para tomar una determinación al respecto.

      ♦  Evaluar junto a las autoridades médicas del Programa de Salud Correccional las posibles áreas de vivienda para ingresos durante el proceso de admisión y evaluación médica de 1- 7 días, las que fueron identificadas previa y preliminarmente. Esta visita se llevó acabo junto a la Srta. Ginet Clivillés, Directora, Oficina de Control de Población Penal, ambas como miembros del Sub-Grupo de Servicios Médicos, un representante de la Oficina del Gerente de Admisiones de la Administración de Corrección y el Dr. Francisco Rodríguez, Director Médico del Complejo Correccional de Bayamón, en representación al Dr. Héctor Mena, Director del Programa de Salud Correccional.

      ♦  Evaluar posible áreas de la institución aledañas al área médica, de suerte que pudiese ampliarse la misma para agregar un "Infirmary" a la institución como Centro de Ingresos. Esta actividad se llevó a cabo junto a la Sra. Susana Prósperi, Directora de la Oficina de Planes Programáticos, el Ingeniero Jimmy Grullón, Director de la Oficina Facilidades y Mantenimiento y el Dr. Francisco Martínez, Director Médico del Complejo Correccional de Bayamón quien representó al Director Médico del Programa Salud Correccional.

c. Se colaboró intensamente con la Srta. Ginet Clivillés, Directora de la Oficina de Control de Población Penal en el desarrollo de otras actividades consignadas en el Plan de Trabajo de dicha Oficina sobre la activación de la Institución 705 de Bayamón, entre otras:

      ♦  Preparación de dos Informes de Progreso
      ♦  Preparación de Propuesta de Flujograma de Trayectoria de Confinados en el Centro de Ingresos de Bayamón 705. El mismo fue entregado a los diferentes sub-grupos y ha constituido instrumento útil para el desarrollo de los respectivos Planes de Trabajo de estos grupos. A su vez se entregó copia del documento a funcionarios de la firma "MGT of America".
      ♦  Reuniones informativas

d. Se participó junto a la Sra. Carmen E. Leandry, Directora, Región Este, en la elaboración del Plan de Cese de Ingresos a la Penitenciaría Estatal y Cierre Total de la Institución. El mismo forma parte del plan integral de la Agencia para la activación de la Institución 705 de Bayamón.

2. Se colaboró con la Sra. Carmen E. Leandry, Directora, Región Este, en la revisión del Currículo de Adiestramiento a Superintendentes preparado por la Universidad Carlos Albizu, encomienda que le fuera asignada a ésta.

3. Participamos junto a la señora Leandry en la revisión de Proyectos de Reglamentos de la Agencia

4. Sostuvimos, también reunión con el Secretario del Departamento de Corrección y Rehabilitación, Lcdo. Miguel Pereira Castillo, en la que igualmente participó la Srta. Ginet Clivillés, Directora de la Oficina de Control de Población Penal. En esta reunión informamos al Secretario sobre nuestras labores realizadas y le presentamos varios de los trabajos completados.

Total de Horas
68 horas

IMPORTE
$5,100

_____
Nancy I. Boneta López
Consultora

_____
Fecha

Vo. Bo. _____
Sra. Carmen E. Leandry Velázquez
Directora
Región Este

_____
Fecha

Vo. Bo. _____
Srta. Ginet Clivillés
Directora
Oficina de Control de Población Penal

24-IX-03
Fecha

_____
Lic. Miguel Pereira Castillo
Secretario
Departamento de Corrección y Rehabilitación

24/09/03
Fecha

I hereby certify that this document is a true and exact copy of the original document signed by me.

_____
Miguel Pereira Castillo
Secretary
Department of Correction and Rehabilitation

12/22/03
Date

INV # 47    July/2003

## CERTIFICATE OF CONSULTING FEES

NAME: NANCY I. BONETA LOPEZ

MAILING ADDRESS: COND. DORAL PLAZA, APT. 15-J
                 GUAYNABO, PR 00966

SOCIAL SECURITY NO.: 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
**(Including Travel Dates To/From P.R.)**
**Dates of Service**

N/A

**CONSULTATION FEES IN PUERTO RICO**

Dates of Service:    July, 2003

| | |
|---|---|
| WEEK #1 – July 1 – 3 | 8 hours |
| WEEK #2 – July 7 – 11 | 7 hours |
| WEEK #3 – July 14 –18 | <u>15</u> hours |

**30 hours**

TOTAL CONSULTATION FEES:

SIGNATURE: *[signature]*

DATE: October 3, 2003

---

**FOR OFFICE USE ONLY**

Puerto Rico Tax Deduction:         $

New Consultation Fees:             $

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966

Factura #47 julio/2003
Hon. Juan M. Pérez Jiménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

**FACTURA E INFORME**

Por servicios profesionales prestados a $75.00 por hora por 30 horas trabajadas durante el mes de julio de 2003.

1. Continuamos participando en actividades relativas al Plan de Activación de la Institución 705 de Bayamón.

    a. Participamos en varias reuniones con la Directora de la Oficina de Control de Población Correccional, Srta. Ginet Clivillés, el Gerente de los Centros de Ingresos, Sr. Manuel Martínez y personal supervisorio de la Región, en relación al estado de cumplimiento con el referido plan. De estas, una reunión fue convocada y dirigida por el Sub-Administrador, Lcdo. Gil Rodríguez.
    b. Se colaboró con la Srta. Ginet Clivillés en la preparación de Informe de Progreso sobre el Plan de Activación de la Institución 705 de Bayamón, relativo a su área de trabajo.

2. Participamos en reunión con la Srta. Ginet Clivillés, Directora de la Oficina de Control de Población Correccional, el Cpt. Héctor Fontánez, Director de Oficina de Seguridad, Srta. Cynthia Muntaner, Directora de la Oficina de Cumplimiento y Monitoría y el Sr. Evaristo Cruz, Jefe Interino de la Oficina de Servicios Sociopenales de la Administración de Corrección. Esta reunión tuvo como propósito auscultar posible actividades a realizarse para trasladar confinados sentenciados de la Penitenciaría Estatal.

3. Se laboró junto a la Srta. Ginet Clivillés un Plan de Movimiento de Confinados Sentenciados de la Penitenciaría Estatal incluyendo logística e itinerario para el mismo. Inclusive se preparó plan alterno al respecto.

4. Se laboró junto a la Sra. Carmen E. Leandry, Directora de la Región Este en recomendaciones para la posible implantación de una oficina de acopio de información sobre confinados relativos a aspectos de seguridad. Así mismo se compartió con ésta nuestra recomendaciones sobre aspectos relacionados al funcionamiento de la Región.

Factura e Informe
Nancy I. Boneta López
Factura #47   julio/2003

                                    Total de Horas
                                      30 horas

                                     IMPORTE
                                      $2,250

_____
Nancy I. Boneta López
    Consultora

_____
Fecha

Vo. Bo. _____
    Sra. Carmen E. Leandry Velázquez
    Directora
    Región Este

_____
Fecha

Vo. Bo. _____
    Srta. Ginet Clivillés
    Directora
    Oficina de Control de Población Penal

3-XI-03
_____
Fecha

                            _____
                            Lic. Miguel Pereira Castillo
                            Secretario
                            Departamento de Corrección y Rehabilitación

                            _____
                                        Fecha

INV # 48    August/2003

## CERTIFICATE OF CONSULTING FEES

NAME: NANCY I. BONETA LOPEZ

MAILING ADDRESS: COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

SOCIAL SECURITY NO.: 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
**(Including Travel Dates To/From P.R.)**
**Dates of Service**

N/A

**CONSULTATION FEES IN PUERTO RICO**

Dates of Service:    August, 2003

| | |
|---|---|
| WEEK #2 – August 4 – 8 | 17 hours |
| WEEK #5 – August 25 - 29 | _5_ hours |

**22 hours**

TOTAL CONSULTATION FEES:

SIGNATURE: _(signature)_

DATE: October 3, 2003

---

### FOR OFFICE USE ONLY

Puerto Rico Tax Deduction:        $

New Consultation Fees:            $

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966

Factura #48 agosto/2003
Hon. Juan M. Pérez Jiménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

## FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 22 horas trabajadas durante el mes de agosto de 2003.

1. Se continuó laborando junto a la Sra. Carmen E. Leandry, Directora de la Región Este en la revisión de proyectos de reglamentos para someter recomendaciones al respecto. Así mismo colaboramos con ésta en el seguimiento al Plan de Cese de Ingreso a la Penitenciaría Estatal y Cierre Total de la Institución.

2. Colaboramos con la Srta. Ginet Clivillés en el análisis preliminar sobre las posibles misiones de las diferentes instituciones del Complejo Correccional de Ponce, en función de la próxima apertura de la nueva institución de ingreso en ese Complejo. Inclusive se preparó un proyecto de documento sobre el particular.

Factura e Informe
Nancy I. Boneta López
Factura #48    agosto/2003

                                    Total de Horas
                                    22 horas

                                    IMPORTE
                                    $1,650

_____
Nancy I. Boneta López
    Consultora

_____
Fecha

Vo. Bo. _____
    Sra. Carmen E. Leandry Velázquez
    Directora
    Región Este

_____
Fecha

Vo. Bo. _____
    Srta. Ginet Clivillés
    Directora
    Oficina de Control de Población Penal

_____
Fecha

                            _____
                            Lic. Miguel Pereira Castillo
                            Secretario
                            Departamento de Corrección y Rehabilitación

                            _____
                              Fecha

INV # 50    October/2003

## CERTIFICATE OF CONSULTING FEES

NAME: NANCY I. BONETA LOPEZ

MAILING ADDRESS: COND. DORAL PLAZA, APT. 15-J
                 GUAYNABO, PR 00966

SOCIAL SECURITY NO.: 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
**(Including Travel Dates To/From P.R.)**
**Dates of Service**

N/A

**CONSULTATION FEES IN PUERTO RICO**

Dates of Service:    October, 2003

| | |
|---|---|
| WEEK #3 – October 12 –18 | 11 hours |
| WEEK #4 – October 19 - 25 | 17 hours |

**28 hours**

TOTAL CONSULTATION FEES:

SIGNATURE: _[signature]_

DATE: December 17, 2003

---

**FOR OFFICE USE ONLY**

Puerto Rico Tax Deduction:        $

New Consultation Fees:            $

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966

Factura #50 octubre/2003
Hon. Juan M. Pérez Jiménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

## FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 28 horas trabajadas durante el mes de octubre de 2003.

1. Se giró visita a la Institución 676 de Ponce en compañía de la Srta. Ginet Clivillés, Directora de la Oficina de Control de Población y del Sr. Evaristo Cruz, Director Interino de la Oficina de Servicios Sociopenales de Nivel Central de la Administración de Corrección. La misma tuvo como propósito visitar nuevamente la facilidades de la institución así como reunirnos con personal de la Oficina de Control de Población de la Región Sur. Ello, interés de revisar nuestra propuesta de misiones de las instituciones del Complejo, de iniciar operaciones próximamente la Institución 676.

2. Participamos junto a la Srta. Ginet Clivillés, Directora de la Oficina de Control de Población Penal en el análisis de datos de población penal, confeccionando junto a ésta el correspondiente informe.

3. Proseguimos colaborando con la Sra. Carmen E. Leandry, Directora de la Región Este ofreciéndole nuestras recomendaciones sobre aspectos administrativos y operacionales del funcionamiento de la Región. Así también preparamos la versión final del documento de supervisión sobre los estados de cumplimiento de las instituciones de la Región Este con Ordenes del Tribunal Federal y Estipulaciones en el caso Morales Feliciano. El referido documento facilitará al Director Regional supervisar efectivamente el cumplimiento de las instituciones de la Región con estos aspectos y tomar acción correctiva prontamente.

Factura e Informe
Nancy I. Boneta López
Factura #50    octubre/2003

                                                    Total de Horas
                                                    28 horas

                                                    IMPORTE
                                                    $2,100

_[firma]_
**Nancy I. Boneta López**
   **Consultora**

_17/dic/03_
**Fecha**

Vo. Bo. _[firma]_
   Sra. Carmen E. Leandry Velázquez
   **Directora**
   **Región Este**

_19/12/03_
**Fecha**

Vo. Bo. _[firma]_
   Srta. Ginet Clivilles
   **Directora**
   **Oficina de Control de Población Penal**

_19.XII.03_
**Fecha**

_[firma]_
**Lic. Miguel Pereira Castillo**
**Secretario**
**Departamento de Corrección y Rehabilitación**

_12.22.03_
**Fecha**

INV # 51  November/2003

## CERTIFICATE OF CONSULTING FEES

NAME: NANCY I. BONETA LOPEZ

MAILING ADDRESS: COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

SOCIAL SECURITY NO.: 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

N/A

**CONSULTATION FEES IN PUERTO RICO**

Dates of Service:   November, 2003

| | |
|---|---|
| WEEK #1 – November 2 – 8 | 6 hours |
| WEEK #3 – November 14 – 20 | 6 hours |
| WEEK #4 – November 23 – 29 | <u>14</u> hours |

**26 hours**

TOTAL CONSULTATION FEES:

SIGNATURE: *[signature]*

DATE: December 17, 2003

---

**FOR OFFICE USE ONLY**

Puerto Rico Tax Deduction:         $

New Consultation Fees:              $

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966

Factura #51 noviembre/2003
Hon. Juan M. Pérez Jiménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

## FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 26 horas trabajadas durante el mes de noviembre de 2003.

1. Se continuó colaborando con la Sra. Carmen E. Leandry, Directora de la Región en asuntos, relativos a la Región, traídos a nuestra atención, por ésta, para nuestras recomendaciones al respecto.

2. Se visitó el Centro de Ingresos de Bayamón 705 junto a la Srta. Ginet Clivillés, Directora de la Oficina de Control de Población Penal. Dicha visita tuvo como propósito ofrecer al Superintendente, Sr. Juan Miranda Reyes, alternativas para el manejo efectivo de las celdas de Admisión de la institución y su uso en caso de admisiones, traslados de confinados, comparecencia de éstos a tribunales y todo movimiento de confinados hacia y fuera de la institución. Esto, en cabal cumplimiento con Ordenes del Tribunal Federal al efecto. Aprovechamos la visita para inspeccionar las áreas de vivienda de la institución ya ocupada y ofrecimos al Superintendente recomendaciones sobre logísticas de Programas y Servicios así como de movimiento de confinados.

3. Proseguimos trabajando con la Srta. Ginel Clivillés, Directora de la Oficina de Control de Población Penal, ofreciendo nuestras recomendaciones sobre asuntos inherentes a su área de trabajo traídos a nuestra atención.

Factura e Informe
Nancy I. Boneta López
Factura #51   noviembre/2003

                                         **Total de Horas**
                                         26 horas

                                             **IMPORTE**
                                              $1,950

_____
Nancy I. Boneta López
     Consultora

17/dic/03
Fecha

Vo. Bo. _____
   Sra. Carmen E. Leandry Velázquez
   Directora
   Región Este

19 dic-03
Fecha

Vo. Bo. _____
   Srta. Ginet Clivillés
   Directora
   Oficina de Control de Población Penal

19·XII·03
Fecha

                                  _____
                                  **Lic. Miguel Pereira Castillo**
                                  **Secretario**
                                  **Departamento de Corrección y Rehabilitación**

                                  12·22·03
                                    Fecha