INV. #67  May, 2005

## CERTIFICATE OF CONSULTING FEES

NAME:             NANCY I. BONETA LOPEZ

MAILING ADDRESS:    COND. DORAL PLAZA, APT. 15-J
                    GUAYNABO, PR  00966

SOCIAL SECURITY NO.: 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

               N/A

**CONSULTATION FEES IN PUERTO RICO**

Dates of Service:   May, 2005

| | | |
|---|---|---|
| Week #1 | May 2 – 8 | 20 hours |
| Week #2 | May 9 – 15 | 21½ hours |
| Week #3 | May 16 – 22 | 14½ hours |
| | Total Hours | 56 hours |

TOTAL CONSULTATION FEES:

SIGNATURE:  *Nancy I. Boneta Lopez*

DATE:       June 22, 2005

---

FOR OFFICE USE ONLY

Puerto Rico Tax Deduction:        $

New Consultation Fees:            $

---
A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966

**Factura #67 Mayo/2005**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

## FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 56 horas trabajadas durante el mes de mayo de 2005.

Para el mes de mayo proseguimos colaborando en la elaboración del Plan Correccional, bajo la dirección de la Sra. Susana Prósperi Ginés, Directora de la Oficina de Planes Programáticos y Estadísticas. Así también, participamos en reuniones del grupo de trabajo designado por el Secretario, que tiene a su cargo el desarrollo del Plan de Integración de la Administración de Corrección al Departamento de Corrección y Rehabilitación.

**Total de Horas
56 horas**

**IMPORTE
$4,200**

_____
Nancy I. Boneta López
**Consultora**

_____
Lcdo. Miguel A. Pereira Castillo
**Secretario**
Dpto. de Corrección y Rehabilitación

_22 de junio de 2005_
**Fecha**

_27/6/05_
**Fecha**