INV. #68 June, 2005

## CERTIFICATE OF CONSULTING FEES

**NAME:** NANCY I. BONETA LOPEZ

**MAILING ADDRESS:** COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

N/A

**CONSULTATION FEES IN PUERTO RICO**

**Dates of Service:** June, 2005

| | | | |
|---|---|---|---|
| Week #2 | June 5 – 11 | 13 | hours |
| Week #3 | June 12 – 18 | 12 | hours |
| Week #4 | June 19 – 22 | 11 | hours |
| **Total Hours** | | **36 hours** | |

**TOTAL CONSULTATION FEES:**

**SIGNATURE:** _[signature]_

**DATE:** December 1, 2005

---

## FOR OFFICE USE ONLY

Puerto Rico Tax Deduction: $

New Consultation Fees: $

---

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966

**Factura #68 Junio/2005**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

### FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 36 horas trabajadas durante el mes de junio de 2005.

Durante el mes de junio de 2005 continuamos trabajando bajo la dirección de la Sra. Susana Prósperi Ginés, Directora de la Oficina de Planes Programáticos y Estadísticas, en el desarrollo del proyecto del Plan Correccional en lo relacionado a la incorporación de la Administración de Corrección al Departamento de Corrección y Rehabilitación. Participamos también en reuniones del grupo de trabajo designado por el Secretario para la elaboración del Plan de Integración de la Administración de Corrección al Departamento de Corrección y Rehabilitación.

**Total de Horas**
**36 horas**

**IMPORTE**
**$2,700**

_____
**Nancy I. Boneta López**
**Consultora**

_____
**Lcdo. Miguel A. Pereira Castillo**
**Secretario**
**Dpto. de Corrección y Rehabilitación**

_____
**Fecha**

_____
**Fecha**

## CERTIFICACIÓN

Certifico que durante el periodo del 23 de junio al 23 de octubre de 2005 no presté servicios profesionales por razones de salud. Durante ese periodo fuí sometida a dos intervenciones quirúrgicas mayores.

Dado en San Juan, Puerto Rico, hoy 1ro de diciembre de 2005.


_____
Nancy I. Boneta López
   Consultora

INV. #69 October, 2005

## CERTIFICATE OF CONSULTING FEES

**NAME:**    NANCY I. BONETA LOPEZ

**MAILING ADDRESS:**    COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

N/A

**CONSULTATION FEES IN PUERTO RICO**

**Dates of Service:**    October, 2005

   **Week #4**    October 24 - 26    <u>   15   </u> hours

   **Total Hours**    **15   hours**

**TOTAL CONSULTATION FEES:**

**SIGNATURE:**    _[signature]_

**DATE:**    December 1, 2005

---

**FOR OFFICE USE ONLY**

Puerto Rico Tax Deduction:    $

New Consultation Fees:    $

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966

**Factura #69 Octubre/2005**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

## FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 15 horas trabajadas durante el mes de octubre de 2005.

Durante el mes de octubre laboramos junto al grupo de trabajo designado por el Secretario a los propósitos de desarrollar el Plan de Integración de la Administración de Corrección al Departamento de Corrección y Rehabilitación.

**Total de Horas**
**15 horas**

**IMPORTE**
**$1,125**

_____
**Nancy I. Boneta López**
**Consultora**

_____
**Lcdo. Miguel A. Pereira Castillo**
**Secretario**
**Dpto. de Corrección y Rehabilitación**

_____
**Fecha**

_____
**Fecha**

INV. #70  November, 2005

## CERTIFICATE OF CONSULTING FEES

**NAME:**  NANCY I. BONETA LOPEZ

**MAILING ADDRESS:**  COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR  00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

N/A

**CONSULTATION FEES IN PUERTO RICO**

**Dates of Service:**  November, 2005

| | | |
|---|---|---|
| Week #2 | November   6 - 12 | 12   hours |
| Week #3 | November 13 - 19 | 21   hours |
| Week #4 | November 20 – 21 | 11½ hours |
| Week #5 | November 27 – 30 | 22   hours |

**Total Hours**                          **66½ hours**

TOTAL CONSULTATION FEES:

SIGNATURE:  _[signature]_

DATE:  December 1, 2005

---

**FOR OFFICE USE ONLY**

Puerto Rico Tax Deduction:            $

New Consultation Fees:                $

---

A separate sheet for expenses is submitted.  The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966

**Factura #70 Noviembre/2005**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

## FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 66½ horas trabajadas durante el mes de noviembre de 2005.

Durante el mes de noviembre continuamos participando en los trabajos de incorporación de la Administración de Corrección al Departamento de Corrección y Rehabilitación, ello bajo la dirección de la Sra. Susana Prósperi Ginés y de la Sra. Noelia Berrios, Presidenta y Vicepresidenta respectivamente del Comité designado por el Secretario a esos propósitos.

Así también, participamos en entrevistas del Comité con empleados que solicitaron o fueron requeridos a entrevista por éste.

**Total de Horas**
**66½ horas**

**IMPORTE**
**$4,987**

_____
**Nancy I. Boneta López**
**Consultora**

_____
1ro dic/05
**Fecha**

_____
**Lcdo. Miguel A. Pereira Castillo**
**Secretario**
**Dpto. de Corrección y Rehabilitación**

_____
5/12/05
**Fecha**

INV. #71 December, 2005

## CERTIFICATE OF CONSULTING FEES

NAME: NANCY I. BONETA LOPEZ

MAILING ADDRESS: COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

SOCIAL SECURITY NO.: 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

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

N/A

**CONSULTATION FEES IN PUERTO RICO**

Dates of Service: December, 2005

| | | |
|---|---|---|
| **Week #2** | December 4 - 10 | 21 hours |
| **Week #3** | December 11 - 17 | 11 hours |
| **Week #4** | December 18 – 24 | 14 hours |

**Total Hours** **46 hours**

TOTAL CONSULTATION FEES:

SIGNATURE: *[signature]*

DATE: *January 18, 2006*

## FOR OFFICE USE ONLY

Puerto Rico Tax Deduction:   $

New Consultation Fees:   $

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966

**Factura #71 Diciembre/2005**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

## FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 46 horas trabajadas durante el mes de diciembre de 2005.

Durante el mes de diciembre proseguimos colaborando con el Comité designado por el Secretario para la integración de la Administración de Corrección al Departamento de Corrección y Rehabilitación. Así también, visitamos la Academia Ramos & Morales junto al Sr. Néstor Velázquez, Superintendente de la Institución Anexo 384 de Sabana Hoyos, y con Carmen E. Leandry, Asesora, para la atención de encomiendas a estos del Sub-Secretario.

**Total de Horas**
**46 horas**

**IMPORTE**
**$3,450**

_____
Nancy I. Boneta López
Consultora

_____
Lcdo. Miguel A. Pereira Castillo
Secretario
Dpto. de Corrección y Rehabilitación

_18 de enero de 2006_
Fecha

_23/1/06_
Fecha

INV. #72  January, 2006

## CERTIFICATE OF CONSULTING FEES

**NAME:**     NANCY I. BONETA LOPEZ

**MAILING ADDRESS:**     COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR  00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

        N/A

**CONSULTATION FEES IN PUERTO RICO**

**Dates of Service:**     January, 2006

| | | |
|---|---|---|
| Week #1 | January  1 - 7   | 6½ hours |
| Week #2 | January  8 - 14  | 15½ hours |
| Week #3 | January 15 - 21  | 19 hours |
| Week #1 | January 22 - 28  | 25 hours |
| Week #4 | January 28 - 31  | 14 hours |

      **Total Hours**          **80 hours**

**TOTAL CONSULTATION FEES:**

**SIGNATURE:**  _(signed)_

**DATE:**     February 1, 2006

---

## FOR OFFICE USE ONLY

Puerto Rico Tax Deduction:          $

New Consultation Fees:               $

---

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966

**Factura #72 Enero/2006**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

### FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 80 horas trabajadas durante el mes de enero de 2006.

Participamos en la elaboración de instrumentos para medir la eficiencia de la labor realizada por los oficiales correccionales adscritos a las Unidades de Arrestos Correccionales.

Así también, participamos en la tabulación y organización de los datos a esos efectos recopilados.

De igual manera, continuamos colaborando con el Comité designado por el Secretario para la incorporación de la Administración de Corrección al Departamento de Corrección y Rehabilitación.

**Total de Horas**
**80 horas**

**IMPORTE**
**$6,000**

_____
Nancy I. Boneta López
Consultora

_____
Lcdo. Miguel A. Pereira Castillo
Secretario
Dpto. de Corrección y Rehabilitación

_____
Fecha

_____
Fecha