Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966

**Factura #73 Febrero/2006**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

## FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 73½ horas trabajadas durante el mes de febrero de 2006.

Las labores realizadas durante el mes se enfocaron en continuar participando de los trabajos del Comité de Integración, designado por el Secretario. Como parte de esta gestión, participamos en reuniones diarias del Comité, reuniones con Directores de Oficinas y Areas y entrevistas con empleados, entre otras.

En adición, proseguimos trabajando en la elaboración de datos estadísticos sobre productividad y asistencia de los oficiales adscritos a la Unidad de Arrestos Especiales del Departamento. Se culminó la tabulación de datos y se prepararon estadísticas a ser presentadas próximamente al Secretario.

**Total de Horas**
**73½ horas**

**IMPORTE**
**$5,512.50**

_____
Nancy I. Boneta López
Consultora

_____
Ldo. Miguel A. Pereira Castillo
Secretario
Dpto. de Corrección y Rehabilitación

7 marzo de 2006
Fecha

10 marzo 2006
Fecha

INV. #73 February, 2006

## CERTIFICATE OF CONSULTING FEES

**NAME:** NANCY I. BONETA LOPEZ

**MAILING ADDRESS:** COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

N/A

**CONSULTATION FEES IN PUERTO RICO**

Dates of Service: February, 2006

| | | |
|---|---|---|
| Week #1 | February 1 - 4 | 7 hours |
| Week #2 | February 5 - 11 | 20½ hours |
| Week #3 | February 12 - 18 | 20½ hours |
| Week #4 | February 19 - 25 | 19 hours |
| Week #5 | February 28 | 6½ hours |
| **Total Hours** | | **73½ hours** |

**TOTAL CONSULTATION FEES:**

**SIGNATURE:** *[signature]*

**DATE:** March 7, 2006

---

## FOR OFFICE USE ONLY

Puerto Rico Tax Deduction: $

New Consultation Fees: $

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

INV. #74  March, 2006

## CERTIFICATE OF CONSULTING FEES

**NAME:** NANCY I. BONETA LOPEZ

**MAILING ADDRESS:** COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

N/A

**CONSULTATION FEES IN PUERTO RICO**

Dates of Service: March, 2006

| | | |
|---|---|---|
| Week #1 | March 1 – 4 | 8 hours |
| Week #2 | March 5 – 11 | 22 hours |
| Week #3 | March 12 - 18 | 21½ hours |
| Week #4 | March 19 – 25 | 15½ hours |
| Week #5 | March 26 – 31 | 18½ hours |
| **Total Hours** | | **85½ hours** |

**TOTAL CONSULTATION FEES:**

**SIGNATURE:** *[signature]*

**DATE:** March 4, 2006

---

**FOR OFFICE USE ONLY**

Puerto Rico Tax Deduction:            $

New Consultation Fees:                $

---

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR  00966

**Factura #74 Marzo/2006**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico  00918

### FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 85½ horas trabajadas durante el mes de marzo de 2006.

Durante el mes trabajamos con el Comité de Integración designado por el Secretario. Continuamos participando en las reuniones diarias del Comité, reuniones con Directores de Areas, entrevistas con empleados, análisis de casos y otros.

En adición, ofrecimos nuestras recomendaciones a la Srta. Doria Martínez, Coordinadora de Programas Especiales, en torno a análisis sobre necesidades de personal sociopenal y personal oficinesco para dichas áreas que se efectuará próximamente, actividad para la cual se solicitó nuestra participación.

Colaboramos también en la preparación de instrumento para medir aspectos significativos del trabajo de los oficiales correccionales asignados a la Unidad de Operaciones Tácticas (UOT) y estamos participando del análisis de los datos recopilados.

**Total de Horas**
**85½ horas**

**IMPORTE**
**$6,412.50**

_____
Nancy I. Boneta López
Consultora

_____
Lcdo. Miguel A. Pereira Castillo
Secretario
Dpto. de Corrección y Rehabilitación

_4 de abril de 2006_
Fecha

_7/04/06_
Fecha

INV. #75 April, 2006

## CERTIFICATE OF CONSULTING FEES

**NAME:** NANCY I. BONETA LOPEZ

**MAILING ADDRESS:** COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
**(Including Travel Dates To/From P.R.)**
**Dates of Service**

N/A

**CONSULTATION FEES IN PUERTO RICO**

**Dates of Service:** April, 2006

| | | |
|---|---|---|
| Week #1 | April 2 – 8 | 24 hours |
| Week #2 | April 9 – 15 | 11½ hours |
| Week #3 | April 16 - 22 | 9 hours |
| Week #4 | April 23 – 29 | 20½ hours |
| | **Total Hours** | **65 hours** |

**TOTAL CONSULTATION FEES:**

**SIGNATURE:** *Nancy I. Boneta Lopez*
**DATE:** May 22, 2006

---

### FOR OFFICE USE ONLY

Puerto Rico Tax Deduction: $

New Consultation Fees: $

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966

**Factura #75 Abril/2006**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

### FACTURA E INFORME

Por servicios profesionales prestados durante el mes de abril de 2006 por 65 horas trabajadas a $75.00 por hora.

Durante el mes continuamos participando en el análisis sobre la Unidad de Operaciones Tácticas que se viene realizando. Así también, proseguimos participando en los trabajos del Comité de Integración designado por el Secretario, entre otros, reuniones diarias del Comité, reuniones con funcionarios y directores de áreas y oficinas, y entrevistas con empleados impactados con la reorganización.

De igual manera, laboramos en la revisión del Manual Interno de Procedimientos para la División de Servicios de Pre-Salida. A tales efectos, sostuvimos varias reuniones con la Srta. Doria Martínez, encargada de proyectos especiales, para presentarle nuestras recomendaciones. Así también, elaboramos un flujograma de tales procedimientos para facilitar el cumplimiento con los mismos.

**Total de Horas
65 horas**

**IMPORTE
$4,875.00**

_____
**Nancy I. Boneta López**
**Consultora**

_____
**Lcdo. Miguel A. Pereira Castillo**
**Secretario**
**Dpto. de Corrección y Rehabilitación**

_22 de mayo de 2006_
**Fecha**

_22/5/06_
**Fecha**