Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR  00966

(M23)

Factura #75 Mayo/2006
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico  00918

## FACTURA E INFORME

Por servicios profesionales prestados durante el mes de mayo de 2006 por 81½ horas trabajadas a $75.00 por hora.

Durante el mes participamos activamente en la revisión de los procedimientos para la División de Pre-Salida. Para ello, sostuvimos reuniones con la Srta. Doria Martínez, Encargada de Proyectos Especiales y con los miembros del Comité de Integración. Revisamos nuevamente el Manual de Procedimientos para esta División de nueva creación, así como el flujograma que ilustra tales procedimientos. Continuamos laborando en este aspecto para lograr que su implementación resulte eficiente y efectiva.

En adición, participamos en los trabajos diarios del Comité de Integración designado por el Secretario. Así también, elaboramos datos estadísticos adicionales sobre la labor realizada por los oficiales adscritos a la Unidad de Arrestos Especiales.

Total de Horas
81½ horas

IMPORTE
$6,112.50

_____      _____
Nancy I. Boneta López                Lcdo. Miguel A. Pereira Castillo
Consultora                                    Secretario
                                                    Dpto. de Corrección y Rehabilitación

6 de junio de 2006              6 Junio 2006
Fecha                                           Fecha

INV. #76 May, 2006

# CERTIFICATE OF CONSULTING FEES

NAME: NANCY I. BONETA LOPEZ

MAILING ADDRESS: COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

SOCIAL SECURITY NO.: 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

N/A

**CONSULTATION FEES IN PUERTO RICO**

Dates of Service: May, 2006

| | | |
|---|---|---|
| Week #1 | May 1 – 6 | 19½ hours |
| Week #2 | May 7 – 13 | 10½ hours |
| Week #3 | May 14 - 20 | 20 hours |
| Week #4 | May 21 – 27 | 17½ hours |
| Week #5 | May 28 – 31 | 14 hours |
| | **Total Hours** | **81½ hours** |

TOTAL CONSULTATION FEES:

SIGNATURE: *Nancy I. Boneta Lopez* (signed)

DATE: June 6, 2006

---

## FOR OFFICE USE ONLY

Puerto Rico Tax Deduction: $

New Consultation Fees: $

---

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.