Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966

**Factura #77 junio/2006**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

### FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora, por 49 horas trabajadas durante el mes de junio de 2006.

Durante el mes continuamos participando en la revisión del Proyecto de Manual de Normas y Procedimientos para la División de Pre-Salida. El propósito fue atemperar el mismo al Modelo Integrado de Tratamiento. A tales efectos continuamos reuniéndonos con la Srta. Doria Martínez, Encargada de Proyectos Especiales y con la Sra. Gladys Rivera, Supervisora de Clasificación de Confinados.

Proseguimos participando en el análisis estadístico de la labor realizada por los Oficiales Correccionales asignados a las Unidades de Operaciones Tácticas.

En adición, desarrollamos dos proyectos de informe estadístico mensual para recopilar información sobre querellas de confinados: uno para ser completado por los Oficiales Examinadores que entienden en este aspecto y otro por el personal institucional a cargo de disciplina de confinados.

**Total de Horas**
**49 horas**

**IMPORTE**
**$3,675**

_____
**Nancy I. Boneta López**
**Consultora**

11 de julio 2006
Fecha

_____
**Lcdo. Miguel A. Pereira Castillo**
**Secretario**
**Dpto. de Corrección y Rehabilitación**

11 / 7 / 06
Fecha

INV. #77 June, 2006

# CERTIFICATE OF CONSULTING FEES

**NAME:** NANCY I. BONETA LOPEZ

**MAILING ADDRESS:** COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

N/A

**CONSULTATION FEES IN PUERTO RICO**

**Dates of Service:** June, 2006

| | | |
|---|---|---|
| Week #1 | June 1- 3 | 6½ hours |
| Week #2 | June 4 – 10 | 5 hours |
| Week #4 | June 18 – 24 | 17 hours |
| Week #5 | June 25- 30 | 20½ hours |
| **Total Hours** | | **49 hours** |

**TOTAL CONSULTATION FEES:**

**SIGNATURE:** *Nancy I. Boneta Lopez* (signed)

**DATE:** July 11, 2006

---

**FOR OFFICE USE ONLY**

Puerto Rico Tax Deduction:                $

New Consultation Fees:                    $

---

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.