34-03

INV. #87 June, 2007

# CERTIFICATE OF CONSULTING FEES

**NAME:** NANCY I. BONETA LOPEZ

**MAILING ADDRESS:** COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

N/A

**CONSULTATION FEES IN PUERTO RICO**

**Dates of Service:** June, 2007

| | | | |
|---|---|---|---|
| **Week #2** | June | 3 - 9 | 9½ hours |
| **Week #3** | June | 10 - 16 | 16 hours |
| **Week #4** | June | 17 - 23 | 17 hours |
| **Week #5** | June | 24 - 30 | 18½ hours |
| | **Total Hours** | | **61 hours** |

TOTAL CONSULTATION FEES:

SIGNATURE: *[signature]*

DATE: July 9, 2007

---

## FOR OFFICE USE ONLY

Puerto Rico Tax Deduction:            $

New Consultation Fees:                $

---

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966

**Factura #87 Junio/2007**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

## FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 61 horas trabajadas durante el mes de junio de 2007.

Durante el mes participamos en las siguientes actividades:

1. Se participó en el desarrollo de la metodología para la intervención del contrato de servicio de alimentos. Esta tarea conllevó la utilización de la mayor parte del tiempo y quedó pendiente revisión final para su entrega como proyecto de metodología.

2. Asistimos a un adiestramiento sobre el Manual de Revisión Operacional relacionado al Caso Carlos Morales Feliciano.

3. Revisamos, a solicitud del Sr. Germán Palau, Director Interino de la Oficina de Planes, documentos sobre capacidad, proyecciones de población correccional, análisis estadísticos sobre la Administración de Instituciones Juveniles y otros.

4. Participamos de una reunión convocada por el SubSecretario, con personal de la Oficina de Monitoría de Salud en relación a alternativas propuestas para la Dra. María A. Rodríguez, Asesora Médica del DCR, sobre la reubicación de los

servicios de salud del Complejo Correccional de Río Piedras en el Complejo Correccional de Bayamón y en otras instalaciones del sistema.

Total de Horas
61 horas

IMPORTE
$4,575.00

_____
Nancy I. Boneta López
Consultora

_____
Lcdo. Miguel A. Pereira Castillo
Secretario
Dpto. Corrección y Rehabilitación

9/julio de 2007
_____
Fecha

10/julio/2007
_____
Fecha