INV. #88 July, 2007

## CERTIFICATE OF CONSULTING FEES

**NAME:** NANCY I. BONETA LOPEZ

**MAILING ADDRESS:** COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
**(Including Travel Dates To/From P.R.)**
**Dates of Service**

N/A

**CONSULTATION FEES IN PUERTO RICO**

**Dates of Service:** July, 2007

| | | | |
|---|---|---|---|
| Week #1 | July | 1 - 7 | 6½ hours |
| Week #2 | July | 8 - 14 | 17½ hours |
| Week #3 | July | 15 - 21 | 27½ hours |
| | **Total Hours** | | **51½ hours** |

**TOTAL CONSULTATION FEES:**

**SIGNATURE:** *[signature]*

**DATE:** November 14, 2007

---

### FOR OFFICE USE ONLY

Puerto Rico Tax Deduction: $

New Consultation Fees: $

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR  00966

**Factura #88 Julio/2007**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico  00918

## FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 51½ horas trabajadas durante el mes de julio de 2007.

Durante el mes participamos en las siguientes actividades:

1. Participamos en la revisión final de la metodología de intervención del contrato de servicios de alimentos, a través de la revisión al Manual que se utiliza a dichos propósitos.

2. Reunión con la Srta. Cynthia Muntaner para considerar el calendario de las preintervenciones en las instituciones del grupo de trabajo que el Secretario designó y del que formamos parte.

3. Participamos en las preintervenciones que se efectuaron en las Instituciones Ponce 676, Institución 304, e Instituciones Mujeres y 246 del Complejo Correccional de Ponce. Dichas preintervenciones fueron efectuadas los días 17, 18 y 19 de julio.

**Total de Horas
51½ horas**

**IMPORTE
$3,862.50**

_____
Nancy I. Boneta López
**Consultora**

14 de nov de 2007
**Fecha**

_____
Lcdo. Miguel A. Pereira Castillo
**Secretario
Dpto. Corrección y Rehabilitación**

15/11/07
**Fecha**

## CERTIFICACION

Certifico que durante el mes de agosto de 2007 no presté servicios profesionales por motivos de salud.

Dado en Guaynabo, Puerto Rico, hoy 14 de noviembre de 2007.

Nancy I. Boneta
Consultora