INV. #89 September, 2007

# CERTIFICATE OF CONSULTING FEES

**NAME:**     NANCY I. BONETA LOPEZ

**MAILING ADDRESS:**     COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
**(Including Travel Dates To/From P.R.)**
**Dates of Service**

### N/A

**CONSULTATION FEES IN PUERTO RICO**

**Dates of Service:**     September, 2007

|  | | |
|---|---|---|
| Week #3 | September 16 - 22 | 34½ hours |
| Week #4 | September 23 - 29 | 27   hours |
|  | **Total Hours** | **61½   hours** |

**TOTAL CONSULTATION FEES:**

**SIGNATURE:**

**DATE:**     November 14, 2007

---

**FOR OFFICE USE ONLY**

Puerto Rico Tax Deduction:                    $

New Consultation Fees:                    $

---

A separate sheet for expenses is submitted.  The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966


**Factura #89 Septiembre/2007**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918


## FACTURA E INFORME


Por servicios profesionales prestados a $75.00 por hora por 61½ horas trabajadas durante el mes de septiembre de 2007.

En el mes de abril participamos en las siguientes actividades:

1. Participamos en la revisión de los resultados del P.T. Test obtenidos por los oficiales correccionales candidatos a ser miembros de la Unidad de Operaciones Tácticas. Nos aseguramos que los resultados remitidos por los funcionarios de la Academia Ramos & Morales fuesen consignados correctamente en el instrumento de evaluación diseñado por las consultoras para incorporar todos los criterios de evaluación requeridos.

2. Se participó en el análisis de los formularios remitidos por la Oficina de Disciplina de Empleados, la Junta de Portación de Armas de Fuego y el SAISC de los oficiales que aprobaron el examen físico y el P.T. Test. Restan por analizarse los documentos que sometan las Oficinas de Asuntos Legales y la de Recursos Humanos en torno a asistencia, para completar esta actividad.

3. Los días 19 y 25 de septiembre visitamos las instituciones del Complejo de Guayama (Guayama 1,000, 500 y 296) junto al grupo de preintervención para dar comienzo a esta actividad en las mismas. La misma se extenderá hasta mediados del mes de octubre.

**Total de Horas**
**61½ horas**

**IMPORTE**
**$4,612.50**

_____
**Nancy I. Boneta López**
**Consultora**

_____
14/noviembre de 2007
**Fecha**

_____
**Lcdo. Miguel A. Pereira Castillo**
**Secretario**
**Dpto. Corrección y Rehabilitación**

_____  15/11/07
**Fecha**