INV. #91  November, 2007

## CERTIFICATE OF CONSULTING FEES

**NAME:**           NANCY I. BONETA LOPEZ

**MAILING ADDRESS:**     COND. DORAL PLAZA, APT. 15-J
                         GUAYNABO, PR  00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
**(Including Travel Dates To/From P.R.)**
**Dates of Service**

        N/A

**CONSULTATION FEES IN PUERTO RICO**

**Dates of Service:**   November, 2007

| | | | |
|---|---|---|---|
| **Week #2** | November | 4 - 10 | 21½ hours |
| **Week #3** | November | 11 - 17 | 17   hours |
| **Week #5** | November | 25 - 30 | 23½ hours |
| | **Total Hours** | | **62   hours** |

**TOTAL CONSULTATION FEES:**   $4,650.00

**SIGNATURE:** *[signature]*

**DATE:**   February 4, 2008

---

## FOR OFFICE USE ONLY

Puerto Rico Tax Deduction:              $

New Consultation Fees:                  $

---

A separate sheet for expenses is submitted.  The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966

**Factura #91 Noviembre/2007**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

## FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 62 horas trabajadas durante el mes de noviembre de 2007.

Durante el mes participamos en las siguientes actividades:

1. Visitamos las instituciones de Bayamón 308 y Complejo Correccional de Ponce como miembro del grupo de preintervención designado por el Secretario. Estas visitas tuvieron como propósito completar las preintervenciones que se venían efectuando en dichas instituciones.

2. Participamos en reunión con el Coordinador de Preintervención, Sr. Jaime López y equipo de trabajo para discutir resultados de las preintervenciones.

3. Participamos del análisis de asistencia y puntualidad requerido en la evaluación de oficiales correccionales candidatos a la Unidad de Operaciones Tácticas. Dicho proceso se inició en este mes y se proyecta completar el mismo para el mes siguiente.

**Total de Horas**
**62 horas**

**IMPORTE**
**$4,650.00**

_____
Nancy I. Boneta López
**Consultora**

_____
Lcdo. Miguel A. Pereira Castillo
**Secretario**
**Dpto. Corrección y Rehabilitación**

_____
Fecha

_____
6 / feb / 08
Fecha

INV. #92 December, 2007

## CERTIFICATE OF CONSULTING FEES

**NAME:** NANCY I. BONETA LOPEZ

**MAILING ADDRESS:** COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

        N/A

**CONSULTATION FEES IN PUERTO RICO**

**Dates of Service:** December, 2007

| | | |
|---|---|---|
| Week #1 | December 2 - 8 | 19½ hours |
| Week #2 | December 9 - 15 | 11½ hours |
| Week #3 | December 16 - 22 | 16 hours |
| Week #4 | December 26 - 27 | 17½ hours |
| | **Total Hours** | 64½ hours |

**TOTAL CONSULTATION FEES:** $4,837.50

**SIGNATURE:** _[signature]_

**DATE:** February 4, 2008

---

### FOR OFFICE USE ONLY

Puerto Rico Tax Deduction:      $

New Consultation Fees:      $

---

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per.day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966

**Factura #92 Diciembre/2007**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

## FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 64½ horas trabajadas durante el mes de diciembre de 2007.

Durante el mes participamos en las siguientes actividades:

1. Se trabajó en la verificación de información sobre candidatos a formar parte de la Unidad de Operaciones Tácticas con las unidades de trabajo Oficina de Asuntos Legales y Junta de Portación de Armas.

2. Se completó el análisis de asistencia y puntualidad de estos oficiales mediante información que fue sometida por la Oficina de Recursos Humanos.

3. Se elaboró lista preliminar de candidatos a la Unidad de Operaciones Tácticas que incluyó información sobre resultados de examen físico, examen de acondicionamiento físico (PT Test), aspectos disciplinarios y de la Junta de Portación de Armas y asistencia y puntualidad. De este último aspecto, al cierre del mes restaban 2 casos pendientes de ser sometida la información por la Oficina de Recursos Humanos.

**Total de Horas**
**64½ horas**

**IMPORTE**
**$4,837.50**

_____
**Nancy I. Boneta López**
**Consultora**

_____
**Lcdo. Miguel A. Pereira Castillo**
**Secretario**
**Dpto. Corrección y Rehabilitación**

4/feb/07
_____
Fecha

6/feb/08
_____
Fecha

INV. #93  January, 2008

## CERTIFICATE OF CONSULTING FEES

**NAME:**     NANCY I. BONETA LOPEZ

**MAILING ADDRESS:**    COND. DORAL PLAZA, APT. 15-J
                        GUAYNABO, PR  00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
**(Including Travel Dates To/From P.R.)**
**Dates of Service**

          N/A

**CONSULTATION FEES IN PUERTO RICO**

**Dates of Service:**    January, 2008

| | | |
|---|---|---|
| Week #2 | January  6 - 12 | 15½ hours |
| Week #3 | January 13 - 19 | 14   hours |
| Week #4 | January 20 - 26 | 26   hours |
| Week #5 | January 27 - 31 | 23½ hours |
| **Total Hours** | | **79   hours** |

**TOTAL CONSULTATION FEES:  $5,925**

**SIGNATURE:** _[signature]_

**DATE:**    February 4, 2008

---

### FOR OFFICE USE ONLY

Puerto Rico Tax Deduction:             $

New Consultation Fees:                 $

---

A separate sheet for expenses is submitted.  The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966

**Factura #93 Enero/2008**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

## FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 79 horas trabajadas durante el mes de enero de 2008.

Durante el mes desarrollamos las siguientes actividades:

1. Realizamos 3 visitas, dos de éstas al Campamento Sabana Hoyos y otra al Complejo Correccional de Ponce como parte de las preintervenciones que se vienen efectuando de las instituciones correccionales para atender el cumplimiento con las órdenes del Tribunal Federal en el caso Carlos Morales Feliciano.

2. Se completó el análisis de oficiales de custodia aspirantes a ser miembros de la Unidad de Operaciones Tácticas. A esos efectos, se prepararon las listas finales con la información requerida y fueron sometidas al Secretario.

**Total de Horas**
**79 horas**

**IMPORTE**
**$5,925**

_____
Nancy L. Boneta López
Consultora

_____
Lcdo. Miguel A. Pereira Castillo
Secretario
Dpto. Corrección y Rehabilitación

_____
4/feb/07
Fecha

_____
6/feb/08
Fecha

INV. #94 February, 2008

# CERTIFICATE OF CONSULTING FEES

NAME: NANCY I. BONETA LOPEZ

MAILING ADDRESS: COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

SOCIAL SECURITY NO.: 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

N/A

**CONSULTATION FEES IN PUERTO RICO**

Dates of Service: February, 2008

| | | |
|---|---|---|
| Week #2 | February 2 - 9 | 26½ hours |
| Week #3 | February 10 - 16 | 17½ hours |
| Week #4 | February 17 - 23 | 22 hours |
| Week #5 | February 24 - 29 | 11 hours |
| **Total Hours** | | 77 hours |

TOTAL CONSULTATION FEES: $5,775

SIGNATURE: *[signature]*

DATE: March 3, 2008

---

## FOR OFFICE USE ONLY

Puerto Rico Tax Deduction:    $

New Consultation Fees:    $

---

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966
Tel.: (787) 644-0122

**Factura #94 Febrero/2008**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

## FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 77 horas trabajadas durante el mes de febrero de 2008.

**Actividades Realizadas:**

1. Durante el mes de febrero efectuamos una visita al Complejo Correccional de Sabana Hoyos como parte del grupo de preintervención designado por el Secretario. Esta constituyó la última de varias visitas que se realizaron a este Complejo a los propósitos de atender el cumplimiento de las instituciones correccionales con las Ordenes del Tribunal Federal en el caso Carlos Morales Feliciano.

2. Se comenzó el análisis ordenado por el Secretario sobre el readiestramiento de oficiales correccionales asignados a las Unidades Especiales (Unidad de Operaciones Tácticas y Unidad de Arrestos Correccionales) así como de candidatos a formar parte de dichas Unidades. Las pruebas fueron efectuadas en los meses de agosto y septiembre de 2007. Las tareas de mayor significación realizadas fueron:

    ➢ Evaluación de las puntuaciones obtenidas en las pruebas ofrecidas por la Academia como parte del readiestramiento.

    ➢ Preparación de lista de oficiales correccionales de las Unidades y candidatos que aprobaron las pruebas de PT Test y de aquellos que no las aprobaron. Estos datos fueron ordenados por unidad de trabajo, orden alfabético y puntuación obtenida.

    ➢ Preparación de listas de oficiales y candidatos que no comparecieron a dichas pruebas.

- Preparación de cartas para la firma del SubSecretario a la Oficina de Asuntos Legales, SAISC, Oficina de Disciplina de Empleados y Junta de Portación de Armas de Fuego, solicitando información sobre estos aspectos de aquellos oficiales y candidatos que aprobaron las pruebas. Así también, se solicitó información de estos oficiales a la Oficina de Recursos Humanos para conocer los aspectos de asistencia y puntualidad necesarios para el análisis.

3. Se preparó una lista de los candidatos a la Unidad de Operaciones Tácticas que aprobaron las pruebas ofrecidas en junio y agosto de 2007. En la misma, se incluyó la puntuación obtenida por cada oficial.

**Total de Horas**
**77 horas**

**IMPORTE**
**$5,775**

_____
Nancy I. Boneta López
**Consultora**

_____
**Lcdo. Miguel A. Pereira Castillo**
Secretario
Dpto. Corrección y Rehabilitación

3/marzo/08
**Fecha**

5/marzo/08
**Fecha**