Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR  00966
Teléfono:  (787) 644-0122


**Factura #95 Marzo/2008**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico  00918

## FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 56 horas trabajadas durante el mes de marzo de 2008.

Actividades Realizadas:

Como parte de la encomienda de realizar un análisis sobre el readiestramiento de oficiales correccionales adscritos a la Unidad de Operaciones Tácticas y a la Unidad de Arrestos Especiales, así como una evaluación de los oficiales candidatos a formar parte de estas Unidades, se realizaron las siguientes tareas:

a. Se preparó lista maestra de los oficiales correccionales en readiestramiento adscritos a ambas Unidades, incluyendo en ésta a oficiales aspirantes a formar parte de las mismas.  Esta contiene el universo de oficiales que atravesaron el proceso de adiestramiento y evaluación, consignándose la puntuación obtenida en el PT Test (aprobados y no aprobados), unidad de trabajo, así como aquellos que no comparecieron y la razón para ello.  El total de oficiales sumó a 142.

b. Se abrió expediente para cada uno de los 142 oficiales, en los que inicialmente constan las evaluaciones físicas practicadas a los oficiales.

c. Se revisó el instrumento para tabular la información sometida por las unidades correspondientes SAISC, Oficina de Asuntos Legales, Oficina de Disciplina y Junta de Portación de Armas.

d. Se completó el análisis de documentación sometida por el SAISC, Oficina de Asuntos Legales y Oficina de Disciplina tabulándose la misma. Quedó pendiente para el mes de abril la información sobre asistencia y puntualidad y de la Junta de Portación de Armas.

e. Se sostuvo reunión con el Sr. Ermides Correa, Supervisor de la Oficina de Control de Población, sobre el procedimiento de recuentos institucionales, ofreciéndose nuestras recomendaciones sobre esta actividad.

**Total de Horas
56 horas**

**IMPORTE
$4,200**

_____
**Nancy I. Boneta López
Consultora**

_____
**Lcdo. Miguel A. Pereira Castillo
Secretario
Dpto. Corrección y Rehabilitación**

2 de abril de 2008
_____
**Fecha**

3 / abril / 08
_____
**Fecha**