INV. #96  April, 2008

## CERTIFICATE OF CONSULTING FEES

**NAME:**     NANCY I. BONETA LOPEZ

**MAILING ADDRESS:**     COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR  00966

**SOCIAL SECURITY NO.:**  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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
**(Including Travel Dates To/From P.R.)**
**Dates of Service**

                              N/A

**CONSULTATION FEES IN PUERTO RICO**

**Dates of Service:**     April, 2008

| | | | |
|---|---|---|---|
| **Week #1** | April | 1 – 5 | 14½ hours |
| **Week #2** | April | 6 - 12 | 19   hours |
| **Week #3** | April | 13 - 19 | 18   hours |
| **Week #4** | April | 20 – 26 | 20½ hours |
| **Week #5** | April | 27 – 30 | 16   hours |

              **Total Hours**          **88   hours**

**TOTAL CONSULTATION FEES:**     $6,600

**SIGNATURE:**

**DATE:**     May 7, 2008

---

## FOR OFFICE USE ONLY

Puerto Rico Tax Deduction:                    $

New Consultation Fees:                          $

---

A separate sheet for expenses is submitted.  The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966
Teléfono: (787) 644-0122

**Factura #96 Abril/2008**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

## FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 88 horas trabajadas durante el mes de abril de 2008.

Durante el mes se realizaron las siguientes actividades relacionadas al análisis de Oficiales Correccionales asignados a la Unidad de Operaciones Tácticas y candidatos a la misma.

1. Se comenzó el análisis de los documentos suministrados por la Junta de Aportación de Armas de Fuego. En vista de que en 13 casos la información sometida requería aclaración, se participó en reunión a esos efectos con la Secretaría de la Junta. Luego de análisis realizado se convino que se efectuaran las correcciones correspondientes y que se remitirán próximamente.

2. A solicitud de la Srta. Leemaris Rodríguez, Ayudante Especial del Secretario, se preparó y sometió el análisis completo sobre Oficiales Correccionales aspirantes a formar parte de la Unidad de Operaciones Tácticas, que aprobaron el examen físico y el P.T.T. test.