INV. #97 May, 2008

## CERTIFICATE OF CONSULTING FEES

**NAME:** NANCY I. BONETA LOPEZ

**MAILING ADDRESS:** COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

N/A

**CONSULTATION FEES IN PUERTO RICO**

**Dates of Service:** May, 2008

| | | | |
|---|---|---|---|
| Week #2 | May | 4 - 10 | 20 hours |
| Week #3 | May | 11- 17 | 14½ hours |
| Week #4 | May | 18 - 29 | 17 hours |

Total Hours    51½ hours

**TOTAL CONSULTATION FEES:**    $3,862.50

**SIGNATURE:** *[signature]*

**DATE:** Jun 16, 2008

---

**FOR OFFICE USE ONLY**

Puerto Rico Tax Deduction:    $

New Consultation Fees:    $

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.