INV. #98 June, 2008

## CERTIFICATE OF CONSULTING FEES

**NAME:** NANCY I. BONETA LOPEZ

**MAILING ADDRESS:** COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

N/A

**CONSULTATION FEES IN PUERTO RICO**

**Dates of Service:** June, 2008

| | | | |
|---|---|---|---|
| Week #1 | June | 2 - 7 | 7 hours |
| Week #2 | June | 8 - 14 | 11½ hours |
| Week #3 | June | 15 - 21 | 20½ hours |
| Week #4 | June | 22 - 28 | 23 hours |
| Week #5 | June | 29 - 30 | 4½ hours |

**Total Hours** 66½ hours

**TOTAL CONSULTATION FEES:** $4,987.50

**SIGNATURE:** *[signature]*

**DATE:** July 2, 2008

---

## FOR OFFICE USE ONLY

Puerto Rico Tax Deduction: $

New Consultation Fees: $

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.