INV. #99  July, 2008

## CERTIFICATE OF CONSULTING FEES

**NAME:**         NANCY I. BONETA LOPEZ

**MAILING ADDRESS:**   COND. DORAL PLAZA, APT. 15-J
                      GUAYNABO, PR  00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
**(Including Travel Dates To/From P.R.)**
**Dates of Service**

                    N/A

**CONSULTATION FEES IN PUERTO RICO**

**Dates of Service:**   July, 2008

| | | | |
|---|---|---|---|
| **Week #1** | July | 1 - 5 | 14 hours |
| **Week #2** | July | 6 - 12 | 20 hours |
| **Week #3** | July | 14 - 16 | 15½ hours |

              **Total Hours**        49½ hours

**TOTAL CONSULTATION FEES:**    $3,712.50

**SIGNATURE:** *[signature]*

**DATE:**   August 6, 2008

---

### FOR OFFICE USE ONLY

Puerto Rico Tax Deduction:            $

New Consultation Fees:                $

---

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.