INV. #100 August, 2008

## CERTIFICATE OF CONSULTING FEES

**NAME:** NANCY I. BONETA LOPEZ

**MAILING ADDRESS:** COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

N/A

**CONSULTATION FEES IN PUERTO RICO**

Dates of Service: August, 2008

| | | |
|---|---|---|
| Week #1 | August 3 - 9 | 15½ hours |
| Week #2 | August 10 - 16 | 18½ hours |
| Week #4 | August 24 - 31 | 18 hours |

Total Hours      52 hours

**TOTAL CONSULTATION FEES:** $3,900.00

**SIGNATURE:** *Nancy I. Boneta Lopez* (signed)

**DATE:** November 6, 2008

---

**FOR OFFICE USE ONLY**

Puerto Rico Tax Deduction:      $

New Consultation Fees:      $

---

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966
Teléfono: (787) 644-0122

**Factura #100 Agosto/2008**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

### FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 52 horas trabajadas durante el mes de agosto de 2008.

Durante el mes realizamos las siguientes actividades:

- Participamos en reunión con el Sr. Germán Palau, Director de la Oficina de Planes, la Dra. María A. Rodríguez, Coordinadora de los Servicios de Salud del DCR, Sr. Ermides Correa, Supervisor de la Oficina de Control de Población, Sra. Carmen E. Leandro, Consultora, para discutir sobre el Plan de Cierre de la Institución Regional Metropolitana Bayamón 308 y las tareas a asignarse a cada miembro.

Luego de discutido el plan preliminar se nos encomendaron las siguientes tareas:

  - Evaluar la posibilidad de que confinados de otras instituciones del Complejo participen de los cursos vocacionales que se ofrecen en la Institución 308.

  - Ponderar la viabilidad de que la Institución de Mujeres de Ponce puedan alojar confinados de custodia protectiva procedentes de la Institución Regional Metropolitana de Bayamón 308.

  - Verificar cómo se ofrecerán los servicios de alimentos a la población que será ubicado en la Institución Ponce 500, próxima a reabrirse.

  - Dar seguimiento a la realización del inventario del equipo mueble de la Institución 308 de Bayamón.

  - Suministrar una lista de las áreas a ser desactivadas en la Institución 308 de Bayamón.

En la referida reunión se informa la necesidad de determinar qué tipo de confinado son los que serán trasladados a la Institución Ponce 500. Es menester determinar si la población penal seleccionada será aquella que reciba tratamiento para su dependencia a sustancias controladas o confinados con condiciones de salud. La Dra. Rodríguez se comprometió en dar seguimiento a Salud Correccional para que se someta la lista de los confinados a ser reubicados.

Otro punto que se trajo en la reunión fue la posibilidad de cambiar de misión a la Institución Mujeres de Ponce, que todo confinado ingrese a través de la Institución 705 de Bayamón, ubicando en la Institución 1072 aquellos sentenciados que ingresen luego de su proceso de afiliación y de exámenes médicos.

Como parte de este plan, continuamos evaluando posibilidades de realojo de confinados en instituciones del sistema y trabajando en varios aspectos del mismo. A su vez, dimos cumplimiento a las tareas que el Sr. Palau nos encomendó, rindiendo un informe al respecto.

➢ Iniciamos la organización de los documentos que comprenderán los archivos que se prepararán de 101 candidatos a la UOT quines iniciarán el correspondiente proceso evaluativo en la Academia Ramos & Morales en 2007. El informe final del análisis realizado sobre este grupo fue sometido el 22 de enero de 2008. La organización final de los archivos no se había llevado a cabo debido a que se habían solicitado los expedientes para que el Secretario tomara la acción final y que habíamos iniciado el análisis de otro grupo de oficiales de las Unidades Especializadas que participaron en readiestramiento en la Academia y debían ser evaluados.

Total de Horas
52 horas

IMPORTE
$3,900.00

_____
Nancy I. Boneta López
Consultora

_____
Lcdo. Miguel A. Pereira Castillo
Secretario
Dpto. Corrección y Rehabilitación

24/sept/08
Fecha

29/9/08
Fecha