INV. #101 September, 2008

## CERTIFICATE OF CONSULTING FEES

**NAME:** NANCY I. BONETA LOPEZ

**MAILING ADDRESS:** COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

N/A

**CONSULTATION FEES IN PUERTO RICO**

Dates of Service: September, 2008

| | | |
|---|---|---|
| Week #1 | September 1 - 6 | 23 hours |
| Week #2 | September 7 - 13 | 24½ hours |
| Week #3 | September 14 - 20 | 14 hours |
| Week #4 | September 21 - 27 | 15 hours |
| Week #5 | September 28 - 30 | 11 hours |

Total Hours        87½ hours

**TOTAL CONSULTATION FEES:**        $6,562.50

**SIGNATURE:** *[signed] Nancy I. Boneta López*

**DATE:** November 6, 2008

---

**FOR OFFICE USE ONLY**

Puerto Rico Tax Deduction:        $

New Consultation Fees:        $

---

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966
Teléfono: (787) 644-0122

**Factura #101 Septiembre/2008**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

## FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 87½ horas trabajadas durante el mes de septiembre de 2008.

Durante el mes realizamos las siguientes actividades:

- Participamos en diversas reuniones relacionadas con el Cierre de la Institución Bayamón 308, una de ellas con el SubSecretario.

- Visitamos la Institución Bayamón 308, junto a miembros del Comité de Cierre de ésta. Así también, visitamos el Area de Admisiones de la Institución 705 de Bayamón.

- Se participó en reunión con la Lcda. Brenda Fernández para discutir el proceso utilizado en la evaluación de las Unidades Especializadas.

- Participamos en la elaboración del Flujograma sobre la trayectoria de los confinados que ingresarán a la Institución 705 de Bayamón con motivo del cierre de la Institución Bayamón 308.

- Dimos seguimiento a actividades consignadas en el Plan de Cierre de la Institución 308 de Bayamón, para asegurarnos que las mismas se cumpliesen en el periodo estipulado. Esta tarea nos fue asignada por el Sr. Germán Palau, Director de la Oficina de Planificación.

Total de Horas
87½ horas

IMPORTE
$6,562.50

_____
Nancy I. Boneta López
Consultora

_____
Lcdo. Miguel A. Pereira Castillo
Secretario
Dpto. Corrección y Rehabilitación

6 de nov. de 2008
Fecha

6 / noviembre / 08
Fecha