INV. #102 October, 2008

## CERTIFICATE OF CONSULTING FEES

**NAME:** NANCY I. BONETA LOPEZ

**MAILING ADDRESS:** COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

N/A

**CONSULTATION FEES IN PUERTO RICO**

Dates of Service: October, 2008

| | | |
|---|---|---|
| Week #1 | October 1 - 4   | 6½ hours |
| Week #2 | October 5 - 11  | 18 hours |
| Week #3 | October 12 - 18 | 8 hours |
| Week #4 | October 19 - 25 | 17½ hours |
| Week #5 | October 26 - 31 | 21½ hours |

**Total Hours**     71½ hours

**TOTAL CONSULTATION FEES:**    $5,362.50

**SIGNATURE:** *Nancy I. Boneta Lopez* (signature)

**DATE:** November 6, 2008

---

### FOR OFFICE USE ONLY

Puerto Rico Tax Deduction:     $

New Consultation Fees:     $

---

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966
Teléfono: (787) 644-0122

**Factura #102 Octubre/2008**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

## FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 71½ horas trabajadas durante el mes de octubre de 2008.

Durante el mes realizamos las siguientes actividades:

- Participamos de varias reuniones (5) como miembro del Comité de Cierre de la Institución 308 de Bayamón. Una de éstas reuniones fue con el Sr. Rafael Santiago, SubSecretario. Como parte de ellas, nos fueron asignadas tareas de seguimiento al Plan de Cierre y otras a fines, las que realizamos.

- Se visitó la Institución 308 de Bayamón (21/octubre/2008) junto a miembros del Comité de Cierre, personal de la Oficina de FMO y el Sr. Narciso De Jesús, Director de la Región Este. Dicha visita tuvo como propósito evaluar posibles espacios para ubicar en esta institución las Oficinas de la Región Este, la Sala de Emergencia del Complejo Correccional de Bayamón y el Archivo Inactivo de la Agencia.

- Se revisó el Flujograma de la trayectoria de los confinados que ingresen a la Institución 705 de Bayamón, con motivo del cierre de la Institución 308 de Bayamón.

- Realizamos otras actividades y gestiones encaminadas a dar cumplimiento al Plan de Cierre de la Institución 308 de Bayamón.

Total de Horas
71½ horas

IMPORTE
$5,362.50

_____
Nancy I. Boneta López
Consultora

_____
Lcdo. Miguel A. Pereira Castillo
Secretario
Dpto. Corrección y Rehabilitación

6/nov/08
Fecha

10/nov/08
Fecha