INV. #103 November, 2008

## CERTIFICATE OF CONSULTING FEES

**NAME:** NANCY I. BONETA LOPEZ

**MAILING ADDRESS:** COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

N/A

**CONSULTATION FEES IN PUERTO RICO**

Dates of Service: November, 2008

| | | | |
|---|---|---|---|
| Week #1 | November 2 - 8 | 21 | hours |
| Week #2 | November 9 - 15 | 36 | hours |
| Week #3 | November 16 - 22 | 24 | hours |
| Week #4 | November 23 - 30 | 19 | hours |
| | | 100 | hours |

Total Hours                     **100 hours**

**TOTAL CONSULTATION FEES:**        $7,500.00

**SIGNATURE:** *(signed)*

**DATE:** December 2, 2008

---

### FOR OFFICE USE ONLY

Puerto Rico Tax Deduction:                $

New Consultation Fees:                    $

---

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR  00966
Teléfono:  (787) 644-0122

**Factura #103 Noviembre/2008**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico  00918

## FACTURA E INFORME

Por servicios profesionales prestados a $75.00 por hora por 100 horas trabajadas durante el mes de noviembre de 2008.

Durante el mes continuamos trabajando intensamente como miembro del Comité designado por el Secretario, del Cierre del Centro de Ingresos de la Institución Regional Metropolitana de Bayamón 308.

Las actividades desarrolladas fueron las siguientes:

- Se visitó junto a los miembros del Comité el Complejo Correccional de Ponce. Se sostuvo reunión con el Director Regional, Lcdo. José O. Ortiz, y su equipo de trabajo.  Esta reunión tuvo como propósito conocer el estatus de las instalaciones Ponce 500 e Institución Ponce Mujeres, las que forman parte del plan y logística para poder cerrar la Institución Regional Metropolitana Bayamón 308.  Como parte de esta gestión, también visitamos las instalaciones de la Institución Bayamón 501 y Ponce Mujeres y conocimos de primera mano el estado de situación de éstas para cumplir con el Plan de Cierre de Bayamón 308.

- Participamos en multiplicidad de reuniones (9) como miembros del Comité de Cierre de la Institución Regional Metropolitana Bayamón 308, tanto con personal de las oficinas centrales como los de la Región Este.  Las mismas estuvieron dirigidas a tratar asuntos de planificación y organización, así como asuntos operacionales en que se solicitó nuestra orientación.

- Se participó en una reunión con el SubSecretario, Sr. Rafael Santiago, junto al Comité de Cierre, a fin de presentarle los trabajos realizados y el estatus de la gestión encomendada.

- Se elaboró un nuevo Flujograma del proceso de ingresos y estadía de confinados que sean admitidos a la Institución Bayamón 705, al amparo de cambios en estos procesos que se llevarán a cabo en la referida institución.

- Se participó en la elaboración final del Plan de Traslados de Confinados y del Itinerario para los mismos que permitirán el cierre de la Institución Regional Metropolitana Bayamón 308.

- Se colaboró en la redacción del informe final para el Secretario sobre el cierre de la Institución Regional Metropolitana Bayamón 308.

Total de Horas
100 horas

IMPORTE
$7,500.00

_____  
Nancy I. Boneta López  
Consultora

2/dic/08  
Fecha

_____  
Lcdo. Miguel A. Pereira Castillo  
Secretario  
Dpto. Corrección y Rehabilitación

3/dic/08  
Fecha