INV. #104 December, 2008

## CERTIFICATE OF CONSULTING FEES

**NAME:** NANCY I. BONETA LOPEZ

**MAILING ADDRESS:** COND. DORAL PLAZA, APT. 15-J
GUAYNABO, PR 00966

**SOCIAL SECURITY NO.:** 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

---

**CONSULTATION FEES OUTSIDE OF PUERTO RICO**
(Including Travel Dates To/From P.R.)
Dates of Service

N/A

**CONSULTATION FEES IN PUERTO RICO**

Dates of Service: December, 2008

| | | |
|---|---|---|
| Week #1 | December 1 - 6 | 21½ hours |
| Week #2 | December 7 - 13 | 16½ hours |
| Week #3 | December 14 - 17 | 17½ hours |
| | | 55½ hours |

**Total Hours** 55½ hours

**TOTAL CONSULTATION FEES:** $4,162.50

**SIGNATURE:** _[signature]_

**DATE:** December 17, 2008

ok/KP

---

### FOR OFFICE USE ONLY

Puerto Rico Tax Deduction: $

New Consultation Fees: $

A separate sheet for expenses is submitted. The per diem limit for meals and lodging is $200 per day $161 per day after 4/15.

Nancy I. Boneta López
Condominio Doral Plaza, Apt. 15-J
Guaynabo, PR 00966
Teléfono: (787) 644-0122

**Factura #104 Diciembre/2008**
Hon. Juan M. Pérez Giménez
Tribunal Federal, Distrito de Puerto Rico
Tribunal Federal RC-H 125
Avenida Chardón Núm. 150
Hato Rey, Puerto Rico 00918

**FACTURA E INFORME**

Por servicios profesionales prestados a $75.00 por hora por 55½ horas trabajadas durante el mes de diciembre de 2008.

Durante el mes desarrollamos las siguientes tareas:

- Se participó en reunión con el Sr. Germán Palau, Director de la Oficina de Planes Programáticos y Estadísticas, Director de la Región Este, Sr. Narciso De Jesús, y personal relacionado sobre seguimiento al Cierre de la Institución Regional Metropolitana Bayamón 308, al amparo del Informe Final de Cierre, el que estableció cambios a los procesos de admisión en la Institución Bayamón 705.

- Se dio seguimiento a otros aspectos del cierre de la Institución Regional Metropolitana Bayamón 308, contenidos en el Plan de Cierre a fin de cumplir con las actividades contempladas en el mismo.

- Se atendieron encomiendas del Sr. Germán Palau, de revisar informes requeridos a su oficina a ser presentados al Secretario.

- Se realizó trabajo administrativo de organización de documentación de apoyo y expedientes de oficiales de custodia candidatos a pertenecer a la Unidad de Operaciones Tácticas. Este material fue remitido a la Sra. Alice Carrero, Directora de la Oficina de Recursos Humanos.

Total de Horas
55½ horas

IMPORTE
$4,162.50

_____
Nancy I. Boneta López
Consultora

_____
Lcdo. Miguel A. Pereira Castillo
Secretario
Dpto. Corrección y Rehabilitación

17 de dic de 2008
Fecha

22/12/08
Fecha